

**IT IS HEREBY ADJUDGED and DECREED that the below described is DENIED.**

**Dated: January 30, 2014**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

---

### UNITED STATES BANKRUPTCY COURT
### Western District of Texas
### Austin Division

IN RE: **James Wade Naivar and Betty Ann Naivar**, Debtor(s)　　　　　Case No.: 91-11468-tmd

### ORDER DENYING PAYMENT
### OF A DIVIDEND UNCLAIMED FUNDS

On this date came on for consideration the Application for Payment Of A Dividend From Unclaimed Funds by:

　　NAME:　　　　James Wade and Betty Ann Naivar
　　ADDRESS:　　1300 Southwood Hills Dr
　　　　　　　　　Taylor, TX 75674

Claimant, for payment of a dividend from unclaimed funds in the amount of $25,119.73.

The court orders the application be DENIED for the following reason(s):

☑ 1. There are no monies being held for this Claimant.

☐ 2. Monies have already been disbursed.
　　　Date funds were paid:
　　　Per court order signed:
　　　Schedule Number:
　　　Paid to:

☐ 3. Money amount being claimed for distribution is different than the financial records reflect.

☑ 4. Other: Persuant to Title 11 USA code 347, chapter 7 debtors are not entitled to unclaimed funds listed in the name of their creditors. These funds remain

unclaimed for an indefinite period of time. Regarding the motion, #2, these funds can still be claimed by the owners of said defunct company and by the merged company. As for line #3, chapter 7 unclaimed funds are NOT considered surplus funds and thus CANNOT be refunded to the debtors.

###

