

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 23, 2014.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## Austin Division

IN RE: **James Wade Naivar and Betty Ann Naivar** , Debtor(s)　　　　　Case No.: 91–11468–tmd

## ORDER DENYING PAYMENT
## OF A DIVIDEND UNCLAIMED FUNDS

On this date came on for consideration the Application for Payment Of A Dividend From Unclaimed Funds by:

　　NAME:　　　Material Haulers Inc
　　ADDRESS:　35308 SE Center St
　　　　　　　　Snoqualmie, WA 98065

Claimant, for payment of a dividend from unclaimed funds in the amount of $15,247.93.

The court orders the application be DENIED for the following reason(s):

☐ 1. There are no monies being held for this Claimant.

☐ 2. Monies have already been disbursed.
　　　Date funds were paid:
　　　Per court order signed:
　　　Schedule Number:
　　　Paid to:

☐ 3. Money amount being claimed for distribution is different than the financial records reflect.

☑ 4. Other: THE APPLICATION/ORDER MUST BE WORDED IN THE NAME OF "PEGGY BEETS, AS SUCCESSOR

TO MATERIAL HAULERS INC". ALSO, NO W–9 ATTACHED, AS PART OF THE REQUIREMENTS.

###